## 8405.   WARD & TINSLEY v. JENNINGS.

BROYLES, P. J.   1.  The only ground of the motion for a new trial, other
than the general grounds, is based upon an alleged error in the charge
of the court.  The portion of the charge excepted to is not erroneous
for any reason assigned.  This ruling is not in conflict with the former
decision in this case (18 Ga. App. 323, 89 S. E. 350), where it was
held by this court that a somewhat similar charge was error for the rea-
son that it was not authorized by the evidence.  Upon the last trial of
the case the evidence was different from that adduced on the first trial,
and this time authorized the instructions given.
2. There was some evidence to support the verdict, and, it having been
approved by the trial judge, this court has no authority to interfere.
                Judgment affirmed.  Jenkins and Bloodworth, JJ., concur.
                        DECIDED JUNE 15, 1917.

Complaint; from city court of Dawson—Judge Edwards.  De-
cember 16, 1916.

W. H. Gurr, for plaintiffs in error.

Yeomans & Wilkinson, contra.